UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLUE WATER MARINE REPAIR, INC.,

    Plaintiff,

v.                                             Case No. 8:09-cv-984-T-30AEP

UNNAMED VESSEL, 29 foot REGAL motor
vessel, registration FL8928HX, Hull Identification,
number RGMJM062D595, her engines, tackle,
furniture, apparel and other appurtenances, in rem,
& her owner; STEVE FOX, in personam,

    Defendants.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #13). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 31, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-984.dismissal 13.wpd